NO. 7364.

STATE OF LOUISIANA

GALVESTON HARRISBURG & SAN ANTONIO RY CO.

COURT OF APPEAL

VS

SOUTHERN MINERAL & LAND IMPROVEMENT CO.

PARISH OF ORLEANS.

# 7364

By his Honor John St. Paul.

This is a claim for a balance of freight and charges upon a carload of crushed rock shipped by defendant and consigned to the shipper's order, with instructions to notify Averill Gravel Co, for whom the crushed rock was intended. On arrival and inspection the Gravel Co refused to accept the shipment which was thereupon sold in due course and for less than the amount of charges.

It is well settled that the consignor is primarily liable for all freight and charges, although under exceptional circumstances the carrier may lose the claim against him (See Morgan La. & Tex Ry Co vs Woodward & Wight Co, No. 7115 of our docket). And needless to say those circumstances cannot include a case where the consignee refuses to accept the goods and the cause of such refusal is not traceable to any fault of the carrier.

Hence the defense is now made that the carload of rock belonged to the Averill Company who alone should be liable for the freight and charges upon it; the fact being that the Averill Company paid defendant for its rock after shipment though before arrival.

But even where the consignee is the owner at the time of shipment, the shipper is still the apparent consignor and liable for all charges, unless the fact of such ownership, and that the shipper was acting only as the consignor's agent, was made clear to the carrier (See Miller & Vidor Lumber Co vs Atchison, Top. & S. F. Ry Co, 192 S. W. Rep 354).

In the case at bar we have not even that much; when the shipment was made the defendant was, and meant to continue, owner thereof until payment of the draft which it drew upon the Averill Company and attached to the Bill of Lading taken in defendant's own name.

The judgment appe    from is correct.

Judgment Affirmed.